|  |  |
|---|---|
|  | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT TACOMA |

| FLOORING ASSOCIATES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DESIGN MANUFACTURING<br>INTERNATIONAL, LLC., *et al.*,<br><br>　　　　　Defendants. | CASE NO. 2:20-cv-00057-JCC-JRC<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF PRETRIAL DEADLINES |
|---|---|

This matter is before the Court on the parties' stipulated request for an extension of existing deadlines. The parties submitted their request by email to the undersigned's chambers, which is permitted by the Court's scheduling order. *See* Dkt. 9, at 1.

The parties jointly request an extension to pretrial deadlines, with the trial date set for March 15, 2021, to be continued based on the recent illness and hospitalization of plaintiff's counsel. The Court finds good cause and grants the request for an extension.

The current trial date for this matter is stricken, and a new trial date is set as follows: a five-day jury trial of this matter shall commence May 17, 2021, at 10:00 a.m. in Courtroom

16206 before U.S. District Court Judge John C. Coughenour.  The following deadlines are also amended:

| EVENT | PRIOR DATE | NEW DATE |
|---|---|---|
| Parties shall provide answers and responses to outstanding discovery | November 15, 2020 | **January 8, 2021** |
| Plaintiff shall show cause why this matter should not be dismissed without prejudice for failure to prosecute | December 15, 2021 | **January 15, 2021** |
| Dispositive motions filing deadline | December 30, 2020 | **February 4, 2021** |
| Settlement Conference LCR 39.1(c)(2) | December 30, 2020 | **March 30, 2021** |
| All motions in limine to be filed and noted no later than the second Friday after filing<br><br>Motions in limine raised in trial briefs will not be considered. | February 11, 2021 | **April 16, 2021** |
| Agreed LCR 16.1 Pretrial Order due | February 11, 2021 | **April 16, 2021** |
| Pretrial Conference | To be set if needed | **To be set if needed** |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | March 15, 2021 | **May 14, 2021** |

If the trial dates assigned to this matter create an irreconcilable conflict, counsel must notify Deputy Clerk Kelly Miller at Kelly_miller@wawd.uscourts.gov, within 10 days of the date of this Order and must set forth the exact nature of the conflict. A failure to do so will be deemed a waiver. The parties shall otherwise refer to the Court's prior scheduling order (Dkt. 15).

Dated this 14th day of December, 2020.

J. Richard Creatura
United States Magistrate Judge