1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

FLOORING ASSOCIATES, INC.,

11

Plaintiff,

CASE NO. 2:20-cv-00057-JCC-JRC

12

v.

ORDER TO STRIKE DOCKET 48

13

DESIGN MANUFACTURING
INTERNATIONAL, LLC., *et al*.,

14

Defendants.

15

16        This matter is before the Court on defendants' declaration in support of defendants'

17    opposition to plaintiff's response to the Court's show cause order.  *See* Dkt. 48.

18        Attached to the declaration are various documents marked as confidential.  *E.g*. Dkt. 48-

19    1, at 7–47; Dkt. 48-2, at 6–7; Dkt. 48-7, at 2–11.  Before filing such documents designated as

20    confidential, defendants are required by the Court's local rules and the parties' own protective

21    order to "confer with the designating party to determine whether the designating party will

22    remove the confidential designation, whether the document can be redacted, or whether a motion

23

24

1   to seal or stipulation and proposed order is warranted."  Dkt. 38, at 5; *see also* Local Civil Rule

2   5(g).  Defendants failed to follow this procedure.

3          Therefore, the Clerk's Office is directed to strike Dkt. 48 from the docket in its entirety,

4   as not complying with the parties' stipulated protective order and Local Civil Rule 5(g).

5          Dated this 21st day of January, 2021.

6

7

8                                                                      _____

9                                                                      J. Richard Creatura
                                                                       United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER TO STRIKE DOCKET 48 - 2