UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FLOORING ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DESIGN MANUFACTURING INTERNATIONAL, LLC., *et al.*, <br><br> Defendants. | CASE NO. 2:20-cv-00057-JCC-JRC <br><br> ORDER ON RESPONSE TO ORDER TO SHOW CAUSE |

This matter is before the Court on its order to plaintiff to show cause why this matter should not be dismissed without prejudice as a sanction, as authorized by Federal Rule of Civil Procedure 37. *See* Dkt. 35, at 9.

The undersigned has reviewed the parties' responsive filings and declines to recommend dismissal of the matter as a sanction at this time. Plaintiff's attorney is reminded of his obligation to withdraw from representation of a client if his "physical or mental condition materially impairs the lawyer's ability to represent the client[.]" Washington Rule of

///

Professional Conduct 1.16(a)(2).

Dated this 15th day of March, 2021.

J. Richard Creatura
United States Magistrate Judge

ORDER ON RESPONSE TO ORDER TO SHOW
CAUSE - 2