UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLOORING ASSOCIATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DESIGN MANUFACTURING INTERNATIONAL, LLC, *the assumed business name of Design Manufacturing International, LLC*, <br><br> Defendant. | CASE NO. C20-0057-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' Response to Plaintiff's Motion for Leave to Voluntarily Dismiss Without Prejudice and Cross-Motion for Dismissal with Prejudice (Dkt. No. 106). The Court ORDERS that the motion (Dkt. No. 106) is REFERRED to Judge Creatura pursuant to 28 U.S.C. § 636(b)(1) and Local Rules MJR 3 and 4.

DATED this 25th day of June 2021.

William M. McCool<br>
Clerk of Court<br><br>
s/Paula McNabb<br>
Deputy Clerk