THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

FLOORING ASSOCIATES, INC.,

CASE NO. C20-0057-JCC

10

Plaintiff,

ORDER

11

v.

12
13
14

DESIGN MANUFACTURING
INTERNATIONAL, LLC, *the assumed
business name of Design Manufacturing
International, LLC*,

15

Defendant.

16
17

This matter comes before the Court on the Report and Recommendation ("R&R") of the

18

Honorable J. Richard Creatura, Chief United States Magistrate Judge (Dkt. No. 112). Neither

19

party has objected to the R&R. Having thoroughly considered the R&R and the relevant record,

20

the Court hereby ADOPTS the R&R (Dkt. No. 112) and ORDERS:

21

1. Within one week of the date of this Order, Plaintiff must file a document indicating

22

   whether it intends to accept dismissal with prejudice or whether it withdraws its

23

   motions to dismiss (Dkt. Nos. 98, 102).

24

2. If Plaintiff indicates it is amenable to dismissal with prejudice, the Court will grant

25

   the parties' motions to dismiss (Dkt. Nos. 98, 102, 106) with the condition that the

26

   dismissal is with prejudice and will direct the Clerk to close this case.

ORDER
C20-0057-JCC
PAGE - 1

3. If Plaintiff indicates it is not amenable to dismissal with prejudice, the Court will consider Plaintiff's motions to dismiss to be withdrawn and will deny all pending motions to dismiss (Dkt. Nos. 98, 102, 106) and schedule a status conference for the parties to propose a new trial date.

4. The Clerk is DIRECTED to send a copy of this Order to Judge Creatura.

DATED this 26th day of July 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-0057-JCC
PAGE - 2