THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLOORING ASSOCIATES, INC., | CASE NO. C20-0057-JCC |
| Plaintiff, | ORDER |
| v. | |
| DESIGN MANUFACTURING INTERNATIONAL, LLC, *the assumed business name of Design Manufacturing International, LLC*, | |
| Defendant. | |

    This matter comes before the Court on Plaintiff's notice of withdrawal of its motion for leave to voluntarily dismiss (Dkt. No. 114). In response to the Court's prior order (Dkt. No. 113), Plaintiff now informs the Court that it would like to withdraw its motion. (*Id.*) Accordingly, the Court considers Docket Numbers 98 and 102 to be withdrawn. The Court also DENIES as moot Defendant's cross-motion for dismissal with prejudice and/or with attorney's fees and costs (Dkt. No. 106). The parties are DIRECTED to appear for a status conference on Thursday, August 19, 2021, at 9:00 a.m. in Courtroom 16206 to schedule a new trial date. The Clerk is DIRECTED to strike Docket Numbers 98 and 102.

//

//

ORDER
C20-0057-JCC
PAGE - 1

1    DATED this 3rd day of August 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-0057-JCC
PAGE - 2