THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| FLOORING ASSOCIATES, INC., | CASE NO. C20-0057-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DESIGN MANUFACTURING INTERNATIONAL, LLC, *the assumed business name of Design Manufacturing International, LLC*, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Trial in this matter is scheduled to commence February 28, 2022 at 9:30 a.m. In consideration of the ongoing COVID-19 pandemic and the availability of the Court, it is hereby ORDERED that:

1. The jury trial is continued to August 15, 2022 at 9:30 a.m.
2. The proposed pretrial order, trial briefs, and proposed voir dire/jury instructions are due by July 25, 2022.

All other deadlines remain unchanged.

//

DATED this 3rd day of February 2022.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk