THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLOORING ASSOCIATES, INC., | CASE NO. C20-0057-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DESIGN MANUFACTURING INTERNATIONAL, LLC, *the assumed business name of Design Manufacturing International, LLC*, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' unopposed motion to continue the trial date (Dkt. No. 119). Trial in this matter was recently rescheduled to commence August 15, 2022 at 9:30 a.m. (Dkt. No. 118.) Defense counsel indicates she will not be available that week. (Dkt. No. 119 at 1–2.) Having reviewed the motion and record, and finding good cause for continuance and no prejudice to Plaintiff, it is hereby ORDERED that:

1. The jury trial is continued to September 12, 2022 at 9:30 a.m.
2. The proposed pretrial order, trial briefs, and proposed voir dire/jury instructions are due by August 26, 2022.

1   All other deadlines remain unchanged.

2   DATED this 28th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk