THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FLOORING ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DESIGN MANUFACTURING INTERNATIONAL, LLC; and CAVAN CARPETS, *the assumed business name of Design Manufacturing International, LLC*,<br><br>Defendants. | CASE NO. C20-0057-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motions *in limine* (Dkt. No. 96). The cutoff for parties to file motions *in limine* passed on April 16, 2021. (Dkt. No. 43.) The associated May 17, 2021 trial date was later vacated. (*See* Dkt. No. 105.) At the August 31, 2021 status conference, the Court set a trial date of February 28, 2022, and indicated it would rule on the pending motions *in limine* the morning of trial. (*See* Dkt. No. 116.) The trial date has since been continued to September 12, 2022. (Dkt. No. 123 at 1.)

Accordingly, the Clerk of the Court is DIRECTED to renote Docket Number 96 to September 12, 2022. The original briefing schedule for this motion remains unchanged and the cutoff to file additional motions *in limine* remains closed.

DATED this 22nd day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
