THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FLOORING ASSOCIATES, INC., | CASE NO. C20-0057-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DESIGN MANUFACTURING INTERNATIONAL, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

A jury trial is set in the above-captioned matter for September 12, 2022, at 9:30 a.m. before this Court.

- The parties are REMINDED that the pretrial order, trial briefs, and proposed voir dire / jury instructions are due by August 26, 2022. (*See* Dkt. No. 123.)

- The parties are DIRECTED to submit *joint* proposed jury instructions and verdict forms identifying and making argument on any areas of dispute. The parties should refer to the instructions in Local Civil Rule 51, and the Court's Chambers Procedures for further details about how to prepare and format the jury instructions. *See* Judge John C. Coughenour Chambers Procedures, ¶ F.1.

MINUTE ORDER
C20-0057-JCC
PAGE - 1

- The parties are ORDERED to submit all motions in limine by September 1, 2022.
- The parties are ADVISED that the Court will provide oral rulings on the motions in limine the first morning of trial.

DATED this 24th day of August 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0057-JCC
PAGE - 2