THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| FLOORING ASSOCIATES, INC., | CASE NO. C20-0057-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DESIGN MANUFACTURING INTERNATIONAL, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The cutoff for parties to file motions *in limine* passed on April 16, 2021. (Dkt. No. 43.) The associated May 17, 2021, trial date was later vacated. (*See* Dkt. No. 105.) The trial date has since been continued to September 12, 2022. (Dkt. No. 123 at 1.) Per the Court's order entered on June 22, 2022, (Dkt. No. 126), the cutoff to file additional motions *in limine* remains closed. The parties are instructed to disregard the date set in the previous Court order. (Dkt. No. 135.)

DATED this 24th day of August 2022.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Sandra Rawski</u>
Deputy Clerk